Case 26-20800-JCM   Doc 23   Filed 05/15/26   Entered 05/15/26 12:05:14   Desc Main
Document     Page 1 of 1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Robert Pierce                                            CHAPTER 13
Kimberly Pierce
Debtor(s)                              BKY. NO. 26-20800 JCM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
15 May 2026, 11:51:35, EDT

Matthew Fissel, Esq. (314567)   ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 3f36a187f720132767dc9001d8c8d3d6c6046dc145f4ed75aad93bff32f988d5