UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Robert  Pierce                                    CHAPTER: 13
333 Crestview RD                                  CASE NUMBER: 26-20800
Slippery Rock, PA 16057                           CLAIM AMOUNT: $1151.88

Debtors.

_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , o

T-MOBILE USA INC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 5/27/2026, in the amount of $1151.88.

T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , on behalf of

T-MOBILE USA INC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 3rd day of June, 2026.

T Mobile/T-Mobile USA INC by Jefferson Capital Sy

By: /s/ Rhonda Pratt
Rhonda Pratt   Bankruptcy Specialist

T Mobile/T-Mobile USA INC by Jefferson Capital Sy
Assignee for T-MOBILE USA INC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Robert  Pierce<br>333 Crestview RD<br>Slippery Rock, PA 16057 |
| Debtor's Attorney: | Lawrence  Willis<br>201 Penn Center Blvd<br>Pittsburgh, PA 15235 |
| Chapter 13 Trustee: | RONDA J WINNECOUR |

by submitting electronically with the court.

This 3rd day of June, 2026.

T Mobile/T-Mobile USA INC by Jefferson Capital Sys

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
Assignee for T Mobile/T-Mobile USA INC by Jefferso
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314