UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Robert Pierce
333 Crestview RD
Slippery Rock, PA 16057

CHAPTER: 13
CASE NUMBER: 26-20800
CLAIM AMOUNT: $1151.88
RELATED TO DOC. NO. 26

Debtors.

_____

### **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , o

T-MOBILE USA INC, and pursuant to Rule 3006,

F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 5/27/2026, in the amount of $1151.88.

T Mobile/T-Mobile USA INC by Jefferson Capital Systems LLC Assignee , on behalf of

T-MOBILE USA INC hereby releases and discharges the Chapter 13

Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter

13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 3rd day of June, 2026.

SO ORDERED
June 04, 2026

_____
John C. Melaragno, Judge jlm
United States Bankruptcy Court

SIGNED
6/4/26 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

T Mobile/T-Mobile USA INC by Jefferson Capital Sy:

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

T Mobile/T-Mobile USA INC by Jefferson Capital Sy:
Assignee for T-MOBILE USA INC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Robert Pierce

Kimberly Pierce

    Debtors

Case No. 26-20800-JCM

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 23:56:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617, UNITED STATES |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Lawrence Willis | on behalf of Joint Debtor Kimberly Pierce ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lawrence Willis | on behalf of Debtor Robert Pierce ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Steven K. Eisenberg | on behalf of Creditor Equity Prime Mortgage LLC seisenberg@sterneisenberg.com  bkecf@sterneisenberg.com |

District/off: 0315-2                          User: auto                                      Page 2 of 2
Date Rcvd: Jun 04, 2026                       Form ID: pdf900                                  Total Noticed: 1
TOTAL: 6