**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO. 26-20800-JCM** |
| **Robert Pierce and** | : | |
| **Kimberly Pierce,** | : | |
| **Debtors** | : | **CHAPTER 13** |
| | : | |
| **Robert Pierce and** | : | **RELATED TO DOCKET NO. 24** |
| **Kimberly Pierce,** | : | |
| **Movants** | : | |
| | : | **HEARING DATE AND TIME :** |
| **vs.** | : | **July 7, 2026 at 1:30 PM** |
| | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee/** | : | |
| **Respondents** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE MOTION TO
DISMISS CASE
FILED AT DOCKET NO. 24**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on May 30, 2026, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 16, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>June 17, 2026</u>

By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com